# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CRIMINAL TRIAL
**X** Jury ____ Non Jury

Presiding Judicial Official **Honorable E. Richard Webber** Date **8/7/15** Trial Day **5**

Case Number **4:14-CR-00393-ERW**
Case Style **USA** v. **Brian Paluch**
Court Reporter **D. Kriegshauser** Clerk **E. Brown**

Attorney(s) for United States **John Ware, Dianna Collins**
Attorney(s) for Defendant(s) **Burton Shostak, Luke Baumstark**

____ Jury impaneled and sworn ____ Opening Statement of ____ Government and ____ Defendant made
____ Defendant reserves Opening Statement
**X** Government's evidence **X** commenced **X** and ____ but not **X** concluded

Motion for Judgment of Acquittal at close of Government's case submitted **X** orally ____ in writing
Motion **X** is argued.   Motion is **X** Overruled/Denied ____ Sustained ____ Judgment of Acquittal filed
____ Taken Under Submission ____ Taken with the Case ____ The Court Reserves Ruling
____ as to Counts _____ of the ____ Information ____ Indictment

**X** Defendant's evidence **X** commenced ____ and **X** but not **X** concluded
____ Government's evidence in rebuttal ____ commenced ____ and ____ but not ____ concluded
____ Defendant's evidence in sur-rebuttal ____ commenced ____ and ____ but not ____ concluded

____ Closing Arguments of Counsel made.    ____ Case taken under Submission.

____ Alternate Jurors are excused
____ Jury is charged and retires to consider its verdict at _____ Verdict returned at _____
____ Jury is unable to agree upon its verdict by _____
____ Jury is excused to resume deliberations at _____

____ Jury is polled on motion of Plaintiff(s) ____ Defendant(s) ____ Verdict is unanimous ____
____ Sentencing set _____ at _____ Objections to PSR due _____
____ Defendant is remanded to custody ____ Defendant released on bond until sentencing date

____ Post trial briefs due _____

____ The Court declares a MISTRIAL ____ Trial is reset to _____

Proceedings Commenced **8:43 a.m.** Proceedings Concluded **5:15 p.m.**
**X** Proceedings to continue on **8/11/15** at **8:30 a.m.**