CHART OF PROVEN AND/OR CONCEDED <u>ACTUAL</u> LOSS:

| | |
|---|---|
| $5,000 | (Internship) (Count I) |
| $5,680.23* | (Expenses aggregated into "Omaha Steaks" entry) (Count II) |
| $3,286.89* | (Expenses aggregated into "Waterway" entry) (Count III) |
| $8,599 | (Excess reimbursement to Defendant for Sunset Country Club related expenses, per Defendant's Trial Exhibit Y) (uncharged) |
| <u>$1,285</u> | (Shower door accidentally charged to medical account) |
| = **$23,851.12** | |

CHART OF <u>UNPROVEN</u> AND <u>UNCHARGED</u> ALLEGATIONS

| | |
|---|---|
| $23,282.25 | (bonuses total: 2011, 2012, and 2013) |
| $10,815 | (suite at Cardinals game with Meyer Group- permissible business development expense) |
| $10,000 | (L. Chapman by herself to Ursuline for tuition rather than charity) |
| $5,232 | (to L. Chapman for paid time off – work that benefitted PARIC, not Defendant) |
| $12,399.58 | (Country Club losses unsupported by Defendant's Trial Exhibit Y, yet claimed by the Government nonetheless) |
| <u>$65,848.57</u> | (American Express loss alleged, after reduced by totals in Counts II and III) |
| = $127,577.40 | |

RECONCILIATION OF CHARTS ABOVE

| | |
|---|---|
| $23,851.12 | (Proven and/or conceded actual loss) |
| <u>+$127,577.40</u> | (Unproven allegations of loss) |
| = $151,427.52 | (Amount of loss on Presentence Investigation Report – minus 10 cent error thereon) |

DEFENNDANT'S REPAYMENTS TO PARIC FOR PERSONAL EXPENSES

| | |
|---|---|
| $1,500 | (Personal Check 1642 – Personal Portion of Trust Trip – charged on Amex) |
| $1,000 | (Personal Check 1652 – Auction item – charged on Amex) |
| $650 | (Personal Check 1749 – LSS Dinner – charged on Amex) |
| $2,334.75 | (Check No. 32128, cashed and given to Lisa Chapman) |
| $874.04 | (Check No. 33690, cashed and given to Lisa Chapman) |
| $4,400 | (2012 bonus "scorecard" deduction) |
| $2,000 | (2013 bonus "scorecard" deduction – first portion of payment) |
| <u>$2,000</u> | (planned 2013 bonus "scorecard" deduction – second portion of payment) |
| $14,758.79 | |

*This figure gives the benefit of the doubt to the Government, and presumes that the jury found *all* of the aggregated charges to have been without a legitimate business purpose. There is, unfortunately, no way of knowing whether the jury actually did so.

EXHIBIT A